UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Newport News Division



KATINA BOTTEN,

    Plaintiff,

v.                      ACTION NO. 4:09cv57

MICHAEL J. ASTRUE
Commissioner of Social Security,

    Defendant.

## FINAL ORDER

Plaintiff brought this action under Section 216(i) of the Social Security Act, and 42 U.S.C. § 405(g) seeking judicial review of the decision of the Commissioner of Social Security denying plaintiff's claim for disability insurance benefits under the Social Security Act.

This matter was referred to a United States Magistrate Judge, pursuant to the provisions of 28 U.S.C. § 636(b)(1)(B) and (C) and Rule 72(b) of the Federal Rules of Civil Procedure, as well as Rule 72 of the Rules of the United States District Court for the Eastern District of Virginia, for a report and recommendation. The Report and Recommendation of the Magistrate Judge was filed on December 15, 2009, recommending that the decision of the Commissioner be affirmed. By copy of the report, each party was advised of the right to file written objections to the findings and recommendations made by the Magistrate Judge. The Court has

received no objections to the Magistrate Judge's Report and Recommendation, and the time for filing same has expired.

The Court hereby ADOPTS the findings and recommendations set forth in the report of the United States Magistrate Judge filed on December 15, 2009,, and the decision of the Commissioner is affirmed.

The Clerk shall forward a copy of this Final Order to counsel of record for the parties.

/s/ _____
Mark S. Davis
United States District Judge

Norfolk, Virginia
January 11, 2010